Travis E. Stroud, Attorney at Law   279606
TravisStroudLaw
1305 Solano Street
Corning, CA 96021
530-838-0828  FAX 530-645-1760

Attorney for: Vicente Vallejo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vicente Vallejo,<br><br>    Plaintiffs.<br><br>    vs.<br><br>Sierra Pacific Industries and Does 1 – 25.<br><br>    Defendant. | **Notice of Withdrawal of Complaint and Dismissal**<br><br>CASE #  2:14-CV-01036-WBS-CMK |

Notice of Withdrawal of Complaint and Dismissal

To the United States District Court, Eastern District of California, JUDGE OF THIS COURT, Defendant, Sierra Pacific Industries and Does 1 – 25 and any party involved Please take notice that this case has been settled.

Therefore, Plaintiff, Vicente Vallejo, in this case requests to dismiss this entire action WITH PREJUDICE against Sierra Pacific Industries and Does 1 – 25.

Travis E. Stroud, Attorney for Plaintiff,_____/s/_____DATED:___6/25/2014_____

ORDER

Pursuant to the foregoing the entire case herein is hereby dismissed with prejudice.

IT IS SO ORDERED

Dated:  July 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1